**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01586-AP

ROXANNE R. RYAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915**

---

    Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2) and a complaint. The motion and affidavit are in proper form and indicate that the plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Plaintiff <u>DOES NOT</u> request that the court direct the United States Marshals Service to serve process. Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is granted..

    DATED at Denver, Colorado, this 27th day of July, 2015.

                                          *s/John L. Kane*
                                          Senior U.S. District Court Judge